UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| LAURA A. CARLSON, et al., Plaintiff(s), vs. JAMES BENEDETTI, et al., Defendant(s). | ) | 3:10-CV-0018-ECR-VPC **MINUTES OF PROCEEDINGS** DATED: July 15, 2010 |

PRESENT: THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk: Lisa Mann Court Reporter: FTR
Counsel for Plaintiff(s): Ian Silverberg
Counsel for Defendant(s): William Geddes and Beth Hickman

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:29 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

The Court notes there is no opposition to the defendants' motion for leave to file third-party complaint (#36); therefore, defendants' motion (#36) is GRANTED. The Court notes defendants filed a notice of errata and re-submission of exhibit A to their motion for leave to file third-party complaint (#37). The deputy court clerk is directed to detach the third-party complaint from the errata (#37) and have it filed in this action.

The Court and counsel discuss the status of discovery.

Having heard from the parties and good cause appearing, the Court finds it shall allow an extension of the discovery plan and scheduling order for the third-party defendants to be served, discovery completed, and experts retained; however, there shall be no further extensions of discovery between the current parties and Matthew Venable. Therefore, the following deadlines shall govern this action:

| | |
|---|---|
| **Discovery cut-off:** | **Wednesday, November 24, 2010** |
| **Disclosure of expert witnesses:** | **Friday, September 24, 2010** |
| **Disclosure of rebuttal experts:** | **Monday, October 25, 2010** |
| **Dispositive motions deadline:** | **Friday, January 7, 2011** |
| **Joint pretrial order deadline:** | **Monday, February 7, 2011** |

Mr. Geddes advises he may have to serve Phillip Sampson by publication; therefore, the Court advises counsel it is amenable to an abbreviated extension of the discovery plan and scheduling order as to the newly named third-party defendant Phillip Sampson, if necessary.

The Court orders that in the event the confidential Inspector General's file, NDOC documents, Bates Nos. 1 through 114 and the decedent's "C"-File, including the presentence report, NDOC documents, Bates Nos. 356 through 379 are used in this action, they shall be filed under seal.

With respect to a protective/confidentiality order, the Court advises counsel to file a protective/confidentiality order by no later than **Friday, July 23, 2010**.

A case management conference is set for **Monday, September 20, 2010** at **9:00 a.m.** The parties shall file a joint or separate case management report no later than the close of business on **Thursday, September 16, 2010**.

IT IS SO ORDERED.

9:45 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Lisa Mann, Deputy Clerk