UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| LAURA A. CARLSON, et al., | ) | 3:10-CV-00018-ECR-VPC |
| Plaintiffs, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: September 15, 2010 |
| JAMES BENEDETTI, et al., | ) | |
| Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                             U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

MINUTE ORDER IN CHAMBERS

On August 23, 2010, the Magistrate Judge filed a Report and Recommendation (#53) recommending that Defendants' motion for partial judgment on the pleadings (#48) be granted as to Plaintiffs' Sixth Claim for Relief.

Plaintiffs filed a non-opposition (#49) to the granting of this motion (#48).

The Report and Recommendation is well taken and is **APPROVED** and **ADOPTED**.  **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' motion for partial judgment (#48) is **GRANTED**.

LANCE S. WILSON, CLERK

By      /s/
       Deputy Clerk