UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

LAURA A. CARLSON, et al.,   )   3:10-CV-0018-ECR-VPC
                            )
         Plaintiff(s),      )   **MINUTES OF PROCEEDINGS**
                            )
   vs.                      )
                            )   DATED:   September 20, 2010
JAMES BENEDETTI, et al.,    )
                            )
         Defendant(s).      )
                            )

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann        Court Reporter:   FTR

Counsel for Plaintiff(s):   Ian Silverberg

Counsel for Defendant(s):   Elizabeth Hickman

Counsel for Third-Party Defendant(s):   Matthew Venable (By telephone)

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:12 a.m.  Court convenes.

      The Court addresses the parties regarding the purpose of this hearing.

      The Court notes plaintiffs and defendants filed a third joint case management report (#61), notes discovery closes on November 24, 2010, and further notes the District Court's order approving and adopting this Court's report and recommendation (#62).

      The Court approves the parties' stipulated protective order (#58).

      The parties agree that the documents and information contained in Alan Fisher's Washoe County Medical Examiner-Coroner's Office file shall not be produced to any third-party defendant unless the documents are filed in this action under seal.  If these documents are filed under seal, Mr. Venable will be allowed to review these documents with his case worker; however, he shall not be allowed to keep copies of these documents in his possession.

Laura A. Carlson, et al., v. James Benedetti, et al.
3:10-CV-0018-ECR-VPC
September 20, 2010
Page 2

      Defendants' motion for leave to depose third-party defendant Matthew Venable (#59) is GRANTED.

      Third-party defendant Matthew Venable's motion for appointment of counsel (#57) is DENIED.

      The Court and the parties discuss the status of discovery.

      Counsel for defendants advises the Court a motion regarding confidentiality of documents which cannot be produced to an inmate may be necessary to file; however, the Court notes counsel for plaintiffs and defendants shall meet and confer with Mr. Venable regarding this issue prior to any motion being filed.  Thereafter, if the parties are unable to reach an agreement regarding this issue, Ms. Hickman shall have until no later than the close of business on **Friday, October 1, 2010** to file a motion.

      The Court suggests Mr. Venable obtain a copy of the Federal Rules of Civil Procedure and review Rule 33, 34, and 36 regarding discovery.

      The Court advises counsel if they are unable to settle this action, they may consider participating in a settlement conference prior to the deadline to file dispositive motions.

      IT IS SO ORDERED.

9:34 a.m.  Court adjourns.

                                            LANCE S. WILSON, CLERK

                                            By:_____/s/_____
                                                Lisa Mann, Deputy Clerk