# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAURA CARLSON, et al., | ) | 3:10-CV-0018-ECR (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 27, 2010 |
| JAMES BENEDETTI, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants/third-party plaintiffs' motion for order to serve third-party defendant Phillip Sampson by publication and extension of time to effect service (#72) is **GRANTED**. Service by publication on Phillip Sampson shall be completed by **Monday, December 27, 2010.** Publication of the summons shall be for a period of four weeks, one time each week, in a newspaper of general circulation in Las Vegas, Nevada.

In addition to service by publication, service shall also be attempted by certified and regular U.S. Mail at Mr. Sampson's last known address. If the current address of Phillip Sampson becomes known to the parties during the period of the publication, personal service shall also be attempted.

Defendants/third-party plaintiffs shall file proof of service by publication of Mr. Sampson immediately following the period of publication.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk