CATHERINE CORTEZ MASTO
Attorney General
WILLIAM J. GEDDES
Senior Deputy Attorney General
Nevada Bar No. 6984
BETH HICKMAN
Deputy Attorney General
Nevada Bar No. 11598
Bureau of Public Affairs
Division of Public Safety
100 North Carson Street
Carson City, NV 89701-4717
E-Mail: WGeddes@ag.nv.gov
Tel: (775) 684-1256
E-Mail: EHickman@ag.nv.gov
Tel: (775) 684-1251
Fax: (775) 684-1275



*Attorneys for Defendants/Third-Party Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA A. CARLSON, et al., <br><br> Plaintiffs, <br> vs. <br><br> JAMES BENEDETTI, et al., <br><br> Defendants. <br><br> BENEDETTI, et al., <br><br> Third-Party Plaintiffs, <br> vs. <br><br> MATTHEW VENABLE, et al., <br><br> Third-Party Defendants. | Case No. 3:10-cv-00018-ECR-VPC <br><br> **DEFENDANTS' REQUEST TO EXCUSE ATTENDANCE OF THE NEVADA STATE BOARD OF EXAMINERS AT THE SETTLEMENT CONFERENCE** |

Defendants, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, William Geddes, Senior Deputy Attorney General, and Beth Hickman, Deputy Attorney General, hereby request that members of the Nevada State Board of Examiners be excused from attending the Settlement Conference currently scheduled for December 15, 2010.

The Court's (#75) Order scheduling the settlement conference states, "If board approval is required to authorize settlement, the attendance of at least one sitting member of the board (preferably the chairperson) is absolutely required." (#75 at 2).

The State Board of Examiners consists of the Governor, Secretary of State and Attorney General. Defendants' respectfully request that the Court excuse the attendance of the members of the State Board of Examiners at the settlement conference because the State Tort Claims Manager, who has the authority to settle cases up to $75,000.00, will be in attendance. If the Defendants feel that a settlement in excess of $75,000.00 is warranted, they will make their best efforts to obtain approval of the State Board of Examiners.

Dated this 3rd day of December, 2010.

CATHERINE CORTEZ MASTO
Attorney General

By: *Beth Hickman*
BETH HICKMAN
Deputy Attorney General
Bureau of Public Affairs
Division of Public Safety
Attorneys for Defendants

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 12/6/10

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Nevada Attorney General and that on this 3rd day of December, 2010, I caused to be served a copy of the foregoing **DEFENDANTS' REQUEST TO EXCUSE ATTENDANCE OF THE NEVADA STATE BOARD OF EXAMINERS AT THE SETTLEMENT CONFERENCE** by mailing a true and correct copy to the following:

Ian E. Silverberg, Esq.
HARDY LAW GROUP
96 Winter Street
Reno, NV 89503

Matthew Venable #89529
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

By: _____
Beth Hickman
Deputy Attorney General
Public Safety Division