CATHERINE CORTEZ MASTO
Attorney General
WILLIAM J. GEDDES
Senior Deputy Attorney General
Nevada Bar No. 6984
BETH HICKMAN
Deputy Attorney General
Nevada Bar No. 11598
Bureau of Public Affairs
Division of Public Safety
100 North Carson Street
Carson City, NV  89701-4717
E-Mail: WGeddes@ag.nv.gov
Tel: (775) 684-1256
E-Mail: EHickman@ag.nv.gov
Tel: (775) 684-1251
Fax: (775) 684-1275
*Attorneys for Defendants and Third-Party Plaintiffs*

IAN SILVERBERG, ESQ.
HARDY LAW GROUP
96 Winter Street
Reno, NV 89503
E-Mail: IanSilverberg@yahoo.com
Tel: (775) 322-7422
Fax: (775) 322-2303
*Attorney for Plaintiffs*

MATTHEW VENABLE
NDOC Inmate No. 89529
High Desert State Prison
22010 Cold Creek Road
Indian Springs, NV 89070
*Pro Se, Third-Party Defendant*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA A. CARLSON, et al., | Case No. 3:10-cv-00018-ECR-VPC |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES BENEDETTI, et al., | |
| Defendants. | ORDER GRANTING |

| | |
|---|---|
| BENEDETTI, et al., | |
|           Third-Party Plaintiffs, | |
| vs. | |
| MATTHEW VENABLE, et al., | |
|           Third-Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Laura A. Carlson, as administrator of the Estate of Alan Fisher, Ronni Fisher and Julia Fisher, by and through counsel, Ian Silverberg, Esq., Defendants James Benedetti, Adam Watson, James Baca, Dwight Neven, Isidro Baca, Cole Morrow, Anthony Scillia, Jeffrey Patterson, Theodore D'Amico and Robert Bannister, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, William J. Geddes, Senior Deputy Attorney General and Beth Hickman, Deputy Attorney General, and Third-Party Plaintiff Matthew Venable, *pro se*, that the Civil Rights Complaint in the above-captioned matter be dismissed in its entirety, with prejudice. This Stipulation is based on an out-of-court settlement agreement reached by the parties in this matter. Each party shall bear their own attorneys fees and costs.

Dated: 1/14/11

/s/ Beth Hickman
CATHERINE CORTEZ MASTO
Attorney General
BETH HICKMAN
Deputy Attorney General
Nevada Bar No. 6984
100 North Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1256
Fax: (775) 684-1275
E-Mail: EHickman@ag.nv.gov
Attorneys for Defendants

Dated: 1/14/11

/s/
IAN SILVERBERG, ESQ.
HARDY LAW GROUP
96 Winter Street
Reno, NV 89503
Phone 775-322-7422
Fax 775-322-2303
E-Mail: IanSilverberg@yahoo.com
Attorney for Plaintiffs

///
///
///
///

12/30/2010  11:18   7028796518                HDSP                              PAGE  04
7756841275                                           10:16:22  12-30-2010   4/4

1  Dated: 1/4/2011
2
3  *[signature]*
   MATTHEW VENABLE
4  NDOC Inmate No. 89529
   High Desert State Prison
5  22010 Cold Creek Road
   Indian Springs, NV 89070
6  Pro Se, Third-Party Defendant
7
8
9
10 IT IS SO ORDERED:
11      DATED: January 18, 2011                *[signature]* Edward C. Reed.
12                                             _____
                                               UNITED STATES DISTRICT JUDGE
13                                             Case No. 3:10-cv-00018-ECR-VPC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

3